JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB ET A, ET AL., <br><br> Plaintiff(s), <br><br> vs. <br><br> DLGP III NORTHVIEW, LLC, et al., <br><br> Defendant(s). | Case No. 2:22-cv-05264-RGK-SKx <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

    On November 4, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [41]. Plaintiff's response to the Order to Show Cause was untimely filed on November 16, 2022. Plaintiff's response to the Order to Show Cause lacks good cause as to why this case should not be dismissed. Therefore, the Court orders this action dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: November 17, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE